ROBERTS ET AL., APPELLANTS, *v.* ALLSTATE INSURANCE COMPANY, APPELLEE.

[Cite as *Roberts v. Allstate Ins. Co.,*
98 Ohio St.3d 1211, 2003-Ohio-1486.]

(No. 2002–0164—Submitted February 26, 2003—Decided April 2, 2003.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, CORRIGAN, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

MICHAEL J. CORRIGAN, J., of the Eighth Appellate District, sitting for COOK, J.

Goodson & Mullins, Ltd., and Brett Goodson, for appellants.

Benjamin, Yocum & Heather, L.L.C., and Timothy Heather, for appellee.

Elk & Elk Co., L.P.A., and Todd O. Rosenberg, for amicus curiae Ohio Academy of Trial Lawyers.